IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CINTRON BEVERAGE GROUP, LLP,** : | **CIVIL ACTION** |
|     **Plaintiffs** : | **10-3439** |
|         v. : | |
| : | |
| **NEMR AOUN d/b/a GARDEN** : | |
| **BEVERAGES, et al.,** : | |
|     **Defendants** : | |
| : | |

## ORDER

**AND NOW**, this 26th day of July, 2011, upon review of Defendant Garden Food Distributor, Inc.'s Motion to Dismiss for Lack of Jurisdiction [Doc. No. 8], Plaintiff's Response [Doc. No. 10], and Defendant's Reply [Doc. No. 12], and for the reasons set forth in the attached memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** and the claims against Garden Food Distributor, Inc. are **DISMISSED** for lack of jurisdiction. Defendant's counterclaims arising out of the same distribution agreement are **DISMISSED** as **MOOT.**

The Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**